# Michael Faillace & Associates, P.C.
Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020
New York, New York 10165

michael@faillacelaw.com

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 13 2012

August 9, 2012

*The settlement agreement is approved. The August 21 conference is hereby adjourned.*

**VIA FACSIMILE: (212) 805-7991**

Hon. J. Paul Oetken
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: Agustin Valeriano, et al. v. 350 Fifth Avenue Corp. et al.
Index No. 11-CV-2208 (JPO) (GWG)

Dear Judge Oetken:

We represent Plaintiffs in the above referenced matter, and we write jointly with counsel for Defendants to (1) submit a proposed revised settlement agreement for approval by this Court and (2) request an adjournment of the status conference presently scheduled for August 21 at 10:45 a.m.

As the Court is aware, the parties previously submitted a proposed settlement agreement for approval. The request for approval was denied by Order dated July 10, 2012 because the proposed agreement called for its terms to be kept confidential. In response to that Order, the parties revised the proposed agreement and submit herewith the revised agreement for approval by the Court. In addition, the parties respectfully request that the August 21 status conference be adjourned pending approval of the revised agreement or further instruction by the Court.

Respectfully Submitted,

Michael Faillace

cc: Andrew J. Urgenson, Oved & Oved (via email)
*Attorneys for Defendants*

**SO ORDERED:**

J. PAUL OETKEN
U.S.D.J.
8/10/12

*Certified as a minority-owned business in the State of New York*